# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SANDRA O'REILLY, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. CIV-11-24-R |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

    Before the Court is the Report and Recommendation of United States Magistrate Judge Bana Roberts recommending reversal and remand of the Commissioner's decision denying Plaintiff's claim for disability insurance benefits and supplemental security income benefits. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED, the decision of the Commissioner is REVERSED and this case is REMANDED to the Commissioner for further proceedings and specific findings consistent with the Report and Recommendation.

    IT IS SO ORDERED this 5th day of October, 2011.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE